## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Christopher Estrada, a Deputy U.S. Marshal (DUSM) with the United States Marshals Service (USMS), being duly sworn, deposes and says:

1. I have been a Deputy U.S. Marshal with the USMS since September of 2020. My duties as a Deputy U.S. Marshal include judicial security, prisoner transportation, fugitive investigations, and criminal investigations. Through formal and on the job training, I have participated in fugitive investigations. Accordingly, I am familiar with tactics fugitives use to avoid being arrested, and tactics other people use to intentionally prevent law enforcement officers from arresting fugitives in violation of title 18, United States Code. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. The information contained in this Affidavit is based on my personal participation in this investigation and from information provided to me by other law enforcement officers as well as investigative reports. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the arrest of the defendant identified herein, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite foundation for a probable cause finding.

3. On September 29, 2025, MATTHEW YOUNG was sentenced in U.S. District Court for the Western District of North Carolina for a supervised release violation and received a term of 10 months. MATTHEW YOUNG's underlying conviction is Felon in Possession of a Firearm. MATTHEW YOUNG has a tentative release date of June 12th, 2026.

MATTHEW YOUNG was designated to serve a portion of his sentence at Dismas Charities, Inc., a community corrections facility located at 2318 Executive Street, Charlotte, NC, in the Western District of North Carolina. On or about March 19th, 2026, MATTHEW YOUNG arrived at Dismas Charities, Inc., Charlotte, NC. MATTHEW YOUNG was to be incarcerated at Dismas Charities until June 12th, 2026.

4. On May 10, 2026, MATTHEW YOUNG signed out of Dismas Charities, Inc., Charlotte, NC on an approved community pass. MATTHEW YOUNG failed to return to Dismas Charities, Inc., Charlotte, NC at his scheduled time. Dismas Charities, Inc., Charlotte, NC staff spoke to MATTHEW YOUNG at approximately 9:02 pm, and YOUNG stated that he was at the Atrium Health Cabarrus Hospital and would not be returning to Dismas Charities, Inc., Charlotte, NC. Soon after, MATTHEW YOUNG would not answer his phone. Dismas Charities, Inc., Charlotte, NC made several attempts to contact the Atrium Health Cabarrus Hospital to confirm if MATTHEW YOUNG had been admitted. Contact produced failed results. MATTHEW YOUNG's whereabouts are unknown. The Bureau of Prisons was notified of escape on May 10, 2026, at 9:28 pm. The US Marshal Service in the Western District of North Carolina was notified by the U.S. Bureau of Prisons (BOP) that the above referenced subject had escaped on May 10, 2026, at 9:48 pm.

**CONCLUSION**

5. Based on the above facts and circumstances in this Affidavit, there is probable cause to believe that MATTHEW YOUNG, did knowingly escape from custody at the Dismas Charities Inc., an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of North Carolina upon conviction for the

commission of Possession of a Firearm and/or Ammunition by a Prohibited Person, in violation of Title 18 United States Code, Section 922(g)(1) & 924(a)(2), all in violation of Title 18, United States Code, Section 751(a) Escape. I respectfully request that the Court issue a criminal complaint and arrest warrant for the same.

Respectfully submitted,

Christopher Estrada
Deputy United States Marshal
United States Marshals Service
Western District of North Carolina

*This affidavit was reviewed by AUSA Tim Sielaff.*

Subscribed and sworn to before me this the 14th day of May, 2026.

Honorable David C. Keesler
United States Magistrate Judge